# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | :  **CRIMINAL NO.** | **1:07-CR-205-01** |
| | : | 1:07-CR-205-02 |
| v. | : | 1:07-CR-205-03 |
| | : | 1:07-CR-205-04 |
| **AVERY L. SOLLENBERGER,** | : | 1:07-CR-205-05 |
| **DENA SOLLENBERGER,** | : | |
| **GARY R. SOLLENBERGER,** | :  **(Judge Conner)** | |
| **WENDELL D. SOLLENBERGER,** and | : | |
| **LUANNE L. HUNSINGER,** | : | |
|       **Defendants** | : | |

## **O R D E R**

AND NOW, this 30th day of August, 2007, upon consideration of defendants' motion to strike the government's motion for a hearing on the propriety of joint representation (Doc. 91), and the court finding that it is required by Federal Rule of Civil Procedure 44(c) to "promptly inquire about the propriety of joint representation" in the instant case, and that the government's motion for a hearing comports with both the spirit and intent of this rule, it is hereby ordered that defendants' motion (Doc. 91) is DENIED.

    S/ Christopher C. Conner    
CHRISTOPHER C. CONNER
United States District Judge