IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. | 1:07-CR-205-01 |
| : | | 1:07-CR-205-02 |
| v. : | | 1:07-CR-205-03 |
| : | | 1:07-CR-205-04 |
| **AVERY L. SOLLENBERGER,** : | | 1:07-CR-205-05 |
| **DENA SOLLENBERGER,** : | | |
| **GARY R. SOLLENBERGER,** : | (Judge Conner) | |
| **WENDELL D. SOLLENBERGER,** and : | | |
| **LUANNE L. HUNSINGER,** : | | |
| Defendants : | | |

## **ORDER**

AND NOW, this 27th day of November, 2007, upon consideration of the correspondence from Attorney Jonathan F. Altman[1] dated November 26, 2007, stating that defendants possess insufficient funds to retain substitute counsel, and it appearing that defendants may proceed *pro se* only if they knowingly and intelligently waive their right to counsel, see generally Faretta v. California, 422 U.S. 806, 814 (1975), but that defendants may be entitled to court-appointed counsel, it is hereby ORDERED that:

1. Defendants shall be permitted to file, on or before December 4, 2007, a response stating whether they elect: (1) to proceed *pro se* for pretrial and trial purposes, (2) to be represented by court-appointed counsel, or (3) to retain private counsel.

---

[1] The court notes that Attorney Altman has been terminated as attorney of record for defendants. As such, the court will accept no future correspondence from Attorney Altman regarding the above-captioned action.

      a.      Should defendants elect to proceed *pro se*, a hearing will be held to determine if each defendant's election is competently and intelligently made.  See Faretta, 422 U.S. at 814; United States v. Salemo, 61 F.3d 214 (3d Cir. 1995); United States v. Welty, 674 F.2d 185, 186 (3d Cir 1982); see also Johnson v. Zerbst, 304 U.S. 458 (1938).

      b.      Should defendants elect to be represented by court-appointed counsel, each defendant must file a Financial Affidavit (CJA-23) in support of his or her request for court-appointed counsel.

2.      The Clerk of Court is directed to serve a copy of this order and a Financial Affidavit (CJA-23) on each defendant in the above-captioned action.

                                            S/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge