# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** 1:07-CR-205-01 |
| | : | 1:07-CR-205-02 |
| v. | : | 1:07-CR-205-03 |
| | : | 1:07-CR-205-04 |
| **AVERY L. SOLLENBERGER,** | : | 1:07-CR-205-05 |
| **DENA SOLLENBERGER,** | : | |
| **GARY R. SOLLENBERGER,** | : | (Judge Conner) |
| **WENDELL D. SOLLENBERGER,** and | : | |
| **LUANNE L. HUNSINGER,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 5th day of December, 2007, upon consideration of the correspondence from defendants dated December 3, 2007 (Doc. 122), requesting additional time in which to retain counsel, and of the order of court dated December 4, 2007 (Doc. 121), directing defendants to retain counsel on or before February 4, 2008 and advising defendants that no additional extensions of time would be provided, it is hereby ORDERED that:

1. The correspondence from defendants (Doc. 122) is CONSTRUED as a motion for an extension of time and is DENIED as so construed.

2. The order of court dated December 4, 2007 (Doc. 121) shall remain in full force and effect.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge