**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** | **1:07-CR-205-01** |
| | : | | **1:07-CR-205-02** |
| **v.** | : | | **1:07-CR-205-03** |
| | : | | **1:07-CR-205-04** |
| **AVERY L. SOLLENBERGER,** | : | | **1:07-CR-205-05** |
| **DENA SOLLENBERGER,** | : | | |
| **GARY R. SOLLENBERGER,** | : | **(Judge Conner)** | |
| **WENDELL D. SOLLENBERGER, and** | : | | |
| **LUANNE L. HUNSINGER** | : | | |

## ORDER

AND NOW, this 13th day of March, 2008, upon consideration of the *pro se*

motion to strike (Doc. 140), and of the show cause hearing held on February 21,

2008, at which the court directed defendants to retain counsel on or before March

20, 2008 or be deemed to have waived their individual rights to counsel (see

Doc. 138 at 86), it is hereby ORDERED that:

1.    The briefing schedule on the *pro se* motion to strike (Doc. 140) is
      STAYED pending defendants' election to retain counsel or proceed
      *pro se*.

2.    Defendants are advised that neither the instant order nor the filing of
      the *pro se* motion to strike (Doc. 140) relieves them of their obligations
      to comply with the directions issued to them during the February 21,
      2008 show cause hearing.

                                    /s/ Christopher C. Conner
                                    CHRISTOPHER C. CONNER
                                    United States District Judge