# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** 1:07-CR-205-01 |
| | : | 1:07-CR-205-02 |
| v. | : | 1:07-CR-205-03 |
| | : | 1:07-CR-205-04 |
| **AVERY L. SOLLENBERGER,** | : | 1:07-CR-205-05 |
| **DENA SOLLENBERGER,** | : | |
| **GARY R. SOLLENBERGER,** | : | **(Judge Conner)** |
| **WENDELL D. SOLLENBERGER,** and | : | |
| **LUANNE L. HUNSINGER,** | : | |
| Defendants | : | |

## O R D E R

AND NOW, this 2nd day of May, 2008, following a pretrial conference in the above-captioned action, during which standby counsel for defendants requested that a "standby" expert be appointed to review the government's exhibits, it is hereby ordered that the request is DENIED without prejudice to the rights of the defendants or their standby counsel to file a motion for the appointment of an expert following their review of the government's exhibits. Defendants and standby counsel are cautioned that any such motion must address the proposed source of funds for payment of such expert's expenses, citing to applicable law. Defendants and standby counsel are further cautioned that any such motion must be filed sufficiently in advance of the September trial term to allow meaningful review by an expert witness.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge